

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00685-CR

Robert Miles **DUNCAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-14-0000076
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED AS MODIFIED, and counsel's motion to withdraw is GRANTED.

SIGNED November 14, 2018.

_____
Rebeca C. Martinez, Justice